IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JESSICA P. THOMAS, et al.,

   Plaintiffs,

  v.                                  CIVIL ACTION FILE
                                       NO. 1:05-CV-2963-TWT

BED BATH & BEYOND, INC.,

   Defendant.

## ORDER

This is an employment discrimination action in which the Plaintiff claims that she was not promoted because of her race and sex. It is before the Court on the Report and Recommendation [Doc. 55] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 33] as to Counts 1 and 4 and dismissing without prejudice Counts 2, 3 and 5. The Plaintiff's objections to the Report and Recommendation are without merit for the reasons set forth in the thorough and well reasoned opinion of the Magistrate Judge. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 33] is GRANTED as to Counts 1 and 4. Counts 2, 3 and 5 are DISMISSED without prejudice.

SO ORDERED, this 16 day of May, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge